BRIAN R. CHAVEZ-OCHOA SBN 190289
ERIC I. GUTIERREZ SBN 238726
CHAVEZ-OCHOA LAW OFFICES, INC.
4 JEAN STREET; SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013

Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 6:09-mj-00001-WMW |
|---|---|
| vs. | ) ORDER REGARDING RULE 43 WAIVER |
| ANDERSON, sCOTT BURTON | ) OF DEFENDANT'S PRESENCE |

    Having considered the Rule 43 Waiver of Defendant's Presence filed by the Defendant, and for good cause shown, the Court accepts the Defendant's Rule 43 Waiver.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Defendant, Anderson, Scott Burton's Rule 43 Waiver is hereby accepted.

IT IS SO ORDERED.

**Dated:  January 13, 2009**          /s/ William M. Wunderlich

                                      UNITED STATES MAGISTRATE JUDGE